# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00011-01-CR-W-SRB |
| ) | |
| MARC A. AGEE, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On January 9, 2019, the Grand Jury returned a six-count Indictment against Defendant Marc A. Agee. Counts One and Three charge Defendant Agee with distribution of a detectable amount of cocaine. Counts Two and Four charge Defendant with possession of a firearm in relation to a drug trafficking crime. Counts Five and Six charge Defendant with distribution of more than five grams of methamphetamine (actual).

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Aaron Moeder
        Case Agent: Special Agent Steven Lester
    Defense: Carie Allen

**OUTSTANDING MOTIONS**: No outstanding motions

**TRIAL WITNESSES**:
    Government: 15 with stipulations; 15 without stipulations
    Defendant: 4 witnesses, including the Defendant

**TRIAL EXHIBITS:**
    Government: approximately 15 exhibits
    Defendant: approximately 20 exhibits

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 3½ days total**
    Government's case including jury selection: 2 days
    Defendant: 1 day

**STIPULATIONS**: Possible stipulation as to lab results and chain of custody

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
        Government: (none filed) **Due on or before October 6, 2020.**
        Defendant: (none filed) **Due on or before October 6, 2020**.

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, if required by the District Court, Voir Dire, Jury Instructions: Due on or before October 14, 2020.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before October 14, 2020.**

**TRIAL SETTING**: Criminal jury trial docket set for October 19, 2020.

    **Please note:** Defense counsel requests the first week as she is unavailable the second week of the docket.

    **IT IS SO ORDERED**

                                */s/ Lajuana M. Counts*
                                LAJUANA M. COUNTS
                                UNITED STATES MAGISTRATE JUDGE